Form oapvins

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Arkansas

In Re:     Belinda Dougan
             Debtor

Case No.: 4:24−bk−10081
Chapter: 13
Judge: Richard D. Taylor

ORDER GRANTING APPLICATION / MOTION TO PAY FILING FEE IN INSTALLMENTS

An Application / Motion to Pay the Filing Fee in Installments was entered in the above case.

It is hereby ORDERED that the Application / Motion is GRANTED.

The filing fee is due on or before the first date set for the **meeting of creditors** unless an alternate date is entered here: **2/1/24**

Dated: 1/12/24

UNITED STATES BANKRUPTCY JUDGE